IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

EHIKER ALEXANDER MORALES MENDOZA,
a.k.a. "El Ingeniero," a.k.a. "El Negro" (5)

NO. 3:26-CR-338-E

**MOTION FOR DETENTION AND MOTION TO CONTINUE DETENTION HEARING**

The United States moves for pre-trial detention of defendant, Ehiker Alexander Morales Mendoza, pursuant to 18 U.S.C. §§ 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

_____ Crime of violence (18 U.S.C. § 3156);

__X__ Maximum sentence life imprisonment or death;

_____ 10 + year drug offense;

_____ Felony, with two prior convictions in above categories;

__X__ Serious risk defendant will flee;

_____ Serious risk obstruction of justice

__X__ Felony involving a minor victim

_____ Felony involving a firearm, destructive device, or any other dangerous weapon; or

_____ Felony involving a failure to register (18 U.S.C. § 2250).

2. Reason for Detention. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

__X__ Defendant's appearance as required; or

__X__ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against defendant because (check one or both):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense;

_____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5);

_____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201 and 2251; or

_____ Previous conviction for "eligible" offense committed while on pretrial bond.

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing,

____ At first appearance

__X__ After continuance of __3__ days (not more than 3).

DATED this _20th_ day of August, 2026.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Caroline S. Poore*

Caroline S. Poore
Assistant United States Attorney
Tennessee Bar No. 040796
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8808
Email: caroline.poore@usdoj.gov